ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MAXIMILIANO FERREIRA,<br><br>                    Defendant. | Case No. 5:26-po-00019-CDB<br><br>[Citation #09885536 CA/24]<br><br><br>MOTION AND ORDER FOR DISMISSAL AND VACATUR OF TRIAL |

The United States of America, by and through Eric Grant, United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:26-po-00019-CDB [Citation #09885536 CA/24] against MAXIMILIANO FERREIRA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. It is further requested that the trial set for April 7, 2026, be vacated.

DATED: March 17, 2026                    Respectfully submitted,

                                         ERIC GRANT
                                         United States Attorney

                    By:    /s/ *Luke Baty*
                                         LUKE BATY
                                         Assistant United States Attorney

1

U.S. v. Ferreira
Case No. 5:26-po-00019-CDB

**O R D E R**

It is HEREBY ORDERED on the motion by the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00019-CDB [Citation #09885536 CA/24] against MAXIMILIANO FERREIRA is dismissed, without prejudice, in the interest of justice.

And it is FURTHER ORDERED that the trial set for April 7, 2026, and all related pretrial and trial dates, are HEREBY VACATED.

IT IS SO ORDERED.

Dated:     **March 17, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Ferreira
Case No. 5:26-po-00019-CDB